# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-CR-00467-LTB

UNITED STATES OF AMERICA,
    Plaintiff,

v.

9.    JOSHUA RODRIGUEZ,
    Defendant.

_____

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Joshua Rodriguez before a United States Magistrate Judge on December 22, 2005 at 10:00 a..m, for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this   13th   day of   December  , 2005.

                                      s/Lewis T. Babcock
                                      United States Judge
                                      United States District Court
                                      District of Colorado